UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| INGENIX, INC., a Delaware corporation, | Court File No. 11-cv-77(DWF/FLN) |
| Plaintiff, | |
| | **STIPULATION** |
| v. | |
| CAVE CONSULTING GROUP, LLC, a California limited liability company, | |
| Defendant. | |

WHEREAS on January 11, 2011, Plaintiff Ingenix, Inc. filed a Complaint naming Cave Consulting Group, LLC as a defendant;

WHEREAS the last day to serve the Complaint on defendant is May 11, 2011;

WHEREAS the parties have engaged in a series of discussions about potentially resolving this litigation;

WHEREAS the parties agree that they need approximately an additional forty days to assess how to proceed with this action;

WHEREAS counsel for Cave Consulting Group, LLC., David Harlan of Armstrong Teasdale (7700 Forsyth Boulevard, Suite 1800, St. Louis, MO 63105 Phone: 314-342-4157), has not yet appeared in this matter, but agrees to the continuance proposed herein while preserving all rights to answer, move, or otherwise respond to the Complaint once served; and

IT IS HEREBY STIPULATED AND AGREED THAT the time to serve the Complaint is extended by forty days and the Plaintiff may serve the Complaint by June 20, 2011.

Dated: May 10, 2011                    DORSEY & WHITNEY LLP


                                       By: s/ Devan V. Padmanabhan
                                            J. Thomas Vitt (No. 0183817)
                                            vitt.thomas@dorsey.com
                                            Devan V. Padmanabhan (No. 0240126)
                                            padmanabhan.devan@dorsey.com
                                            Sri K. Sankaran (No. 204304)
                                            sankaran.sri@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

***Attorneys for Plaintiff Ingenix, Inc.***