UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| INGENIX, INC., a Delaware corporation, | Court File No. 11-cv-77(DWF/FLN) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| CAVE CONSULTING GROUP, LLC, a California limited liability company, | |
| Defendant. | |

Pursuant to stipulation [Doc. No. 3] and for good cause shown, the time to serve the Complaint is extended by forty days and the Plaintiff may serve the Complaint by June 20, 2011.

Dated: May 18, 2011

*s/ Franklin L. Noel*
Magistrate Judge Franklin L. Noel
United States District Court