UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| INGENIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAVE CONSULTING GROUP, LLC,<br>a California limited liability company,<br><br>Defendant. | Court File No. 11-cv-00077-DWF-FLN<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL OF COMPLAINT<br>WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Ingenix, Inc., voluntarily dismisses the Complaint without prejudice.

Respectfully submitted,

Dated: June 20, 2011              DORSEY & WHITNEY LLP


By: s/ Sri K. Sankaran
    J. Thomas Vitt (No. 0183817)
    vitt.thomas@dorsey.com
    Devan V. Padmanabhan (No. 0240126)
    padmanabhan.devan@dorsey.com
    Sri K. Sankaran (No. 204304)
    sankaran.sri@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

*Attorneys for Plaintiff Ingenix, Inc.*