# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ingenix, Inc., a Delaware corporation, | Civil No. 11-77 (DWF/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Cave Consulting Group, LLC, a California limited liability company, | |
| Defendant. | |

Devan V. Padmanabhan, Esq., J. Thomas Vitt, Esq., and Sri K. Sankaran, Esq., Dorsey & Whitney LLP, counsel for Plaintiff.

Based upon the Notice of Voluntary Dismissal of Complaint Without Prejudice (Doc. No. [5]) filed by the Plaintiff,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: June 21, 2011      s/Donovan W. Frank
                          DONOVAN W. FRANK
                          United States District Judge